**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JACK BLINCO, JR.,** and **DEBORAH BLINCO,** on behalf of themselves and others similarly situated,

    Plaintiffs,

    v.                          **CASE NO. 3:04-cv-422-J-16TEM**

**GREEN TREE INVESTMENT HOLDINGS, LLC,**
f/k/a CFN INVESTMENT HOLDINGS LLC,

    Defendant.
_____/

## O R D E R

This cause is before the Court pursuant to the Eleventh Circuit Court of Appeals' mandate issued March 25, 2005. On February 24, 2005, the Eleventh Circuit issued an opinion (Dkt. 25) reversing a previous Order of this Court (Dkt. 10) and remanding with instructions to grant the Defendant's previous Motion to Stay Litigation and Compel Arbitration (Dkt. 3). See <u>Blinco v. Green Tree Servicing, LLC</u>, 400 F.3d 1308 (11th Cir. 2005).

Accordingly, the Court's previous Order (Dkt. 10) is hereby **VACATED** and the Defendant's Motion to Stay Litigation and Compel Arbitration (Dkt. 3) is **GRANTED.** This case is hereby **STAYED** and the parties are **ORDERED** to proceed to arbitration. The Plaintiffs' Motion for Class Certification (Dkt. 17) is **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 3rd day of May, 2005.

*[signature]*
JOHN H. MOORE II
United States District Judge

**Copies to:**    Counsel of Record